**Robert Stephen PENHAKER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 0482–85.**

Court of Criminal Appeals of Texas, En Banc.

May 21, 1986.

Appeal from 176th District Court, Harris County, William Hatten, Judge.

Prior report: Tex.App., 689 S.W.2d 233 (1985).

Before the court en banc.

On appellant's petition for discretionary review: judgment of the Court of Appeals reversed; cause remanded to that court.

TEAGUE, J., concurs in the result.

■

**Albert Preston CARTER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 1328–85.**

Court of Criminal Appeals of Texas, En Banc.

Jan. 7, 1987.

Appeal from County Criminal Court No. 5, Dallas County, John Hendrick, Judge.

Prior report: Tex.App., 700 S.W.2d 289.

Before the court en banc.

On appellant's petition for discretionary review: petition dismissed.

■

**Donna C. WAGES, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 0210–86.**

Court of Criminal Appeals of Texas, En Banc.

Dec. 16, 1987.

Appeal from 232nd District Court, Harris County; A.D. Azios, Judge.

Prior report: Tex.App., 703 S.W.2d 736.

Before the court en banc.

On appellant's petition for discretionary review: dismissed as improvidently granted.

CLINTON and TEAGUE, JJ., dissent.